NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN LaPLANTE,                        )
                                        )
                Petitioner,             )
                                        )
v.                                      )          Case No. 2D17-2836
                                        )
STATE OF FLORIDA,                       )
                                        )
                Respondent.             )
_____)

Opinion filed June 6, 2018.

Petition for Writ of Certiorari to the Circuit
Court for the Thirteenth Judicial Circuit for
Hillsborough County; sitting in its appellate
capacity.

Eilam Isaak of Isaak Law, PLLC, Tampa,
for Petitioner.

No appearance for Respondent.


PER CURIAM.


                Dismissed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.